# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY LALL,<br>    Plaintiff(s),<br>v.<br>CORNER INVESTMENT CO., et al.,<br>    Defendant(s). | Case No.: 2:20-cv-01287-JAD-NJK<br>**Scheduling Order**<br>[Docket No. 35] |

    Pending before the Court is the parties' proposed discovery plan. Docket No. 35. The presumptively reasonable discovery period is "180 days *from the date the first defendant answers or appears*." Local Rule 26-1(b)(1) (emphasis added). The discovery plan instead provides for a discovery period of 180 days from the date that the discovery plan was filed, which would result in a discovery period of 230 days. *See* Docket No. 35 at 2, 3.

    Accordingly, the proposed discovery plan is **DENIED** without prejudice. An amended proposed discovery plan must be filed by February 12, 2021. The amended proposed discovery plan must either correctly calculate the deadlines[1] pursuant to the default in the local rules or provide sufficient justification for the departure from the default.

    IT IS SO ORDERED.

Dated: February 8, 2021

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] The deadlines proposed that precede the discovery cutoff are not calculated pursuant to the default in the local rules. For example, the deadline to amend is proposed for 124 days before the discovery cutoff, *see* Docket No. 35 at 3, rather than 90 days before the discovery cutoff, *see* Local Rule 26-1(b)(2). It is not clear whether the parties had intended to shift these deadlines forward by a month.