# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY LALL,<br>    Plaintiff(s),<br>v.<br>CORNER INVESTMENT COMPANY, et al.,<br>    Defendant(s). | Case No. 2:20-cv-01287-JAD-NJK<br>**Order**<br>[Docket No. 62] |

Pending before the Court is a motion to extend the dispositive motion deadline. Docket No. 62. Any response must be filed by October 4, 2021, and any reply must be filed by October 6, 2021.

IT IS SO ORDERED.

Dated: September 28, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1