Richard G. McCracken, SBN 7248
Kristin L. Martin, SBN 7807
Luke Dowling (*Admitted Pro Hac Vice*)
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
1630 South Commerce Street, Suite 1-A
Las Vegas, NV 89102
Tel:  (702)386-5107
Fax:  (702)386-9848
E-mail:  rmccracken@msh.law
         klm@msh.law
         ldowling@msh.law

*Attorneys for Defendant*
*UNITE HERE Bartenders Local 165*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY LALL, an individual; | CASE NO.: 2:20-cv-01287-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND BRIEFING DEADLINES** |
| CORNER INVESTMENT CO. dba THE CROMWELL HOTEL AND CASINO, et al., | **(First Request)** |
| Defendants. | |

Plaintiff Tracey Lall, by and through her attorney, Michael J. McAvoyamaya, Esq.; Defendant Corner Investment Co. dba The Cromwell Hotel and Casino, by and through its attorney, Jacqueline A. Godoy, Esq.; and Defendant UNITE HERE Bartenders Local 165, by and through its attorney, Luke Dowling, Esq. (collectively the "Parties") hereby respectfully submit this Stipulation, Request, and Order Extending Time to respond to the Parties' motions for summary judgment and reply in support of their motions for summary judgment, which are currently due on December 8, 2021 and December 22, 2021 respectively. This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2, and LR 7-1 of the Local Rules of this Court.

This is the first request for an extension of time to file responses and replies to the Parties' motions for summary judgement. The Parties' motions were filed on November 17,

2021. Their responses would be due on December 8, 2021 and replies on December 22, 2021. The below extensions are requested as counsel for the Parties require additional time to prepare their responses and replies and to accommodate the upcoming holidays.

Upon agreement between all the Parties, the undersigned respectfully request the Court GRANT an extension of time to December 22, 2021 for the Parties to file their responses to the motions for summary judgment and January 14, 2022 for the Parties to file their replies in support of the motions for summary judgment. The proposed briefing schedule would be changed as follows:

Present Response Deadline: December 8, 2021

Present Reply Deadline: December 22, 2021

Requested Response Deadline: December 22, 2021

Requested Reply Deadline: January 14, 2022

DATED this 1st day of December 2021.

By: /s/Jacqueline Godoy
Jacqueline a. Godoy, Esq.
STOKES, WAGNER
Nevada Bar No. 11385
jgodoy@stokeswagner.com
600 West Broadway, Suite 1600
San Diego, CA 92101
*Attorneys for Defendant Corner Investment Co. dba The Cromwell Hotel and Casino*

DATED this 1st day of December 2021.

By: /s/ Luke Dowling
Luke Dowling (*Admitted Pro Hac Vice*)
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
Las Vegas, NV 89102
Tel: (702)386-5107
Fax: (702)386-9848
ldowling@msh.law
*Attorneys for Defendant Unite Here Local 165*

1
2  DATED this 1st day of December 2021.
3
4  By: */s/ Michael J. McAvoy-Amaya*
   Michael J. McAvoy-Amaya
   McAvoy Amyaya & Revero Attorneys
5  Nevada Bar No. 14082
   400 S. Fourth Street Ste 500
6  Las Vegas, NV 89101
7  *Attorney for Plaintiff*
8
9
10 **ORDER**
11
   Based on the parties' stipulation [ECF No. 84] and good cause appearing, IT IS HEREBY
12 ORDERED that the request to extend time is granted.  The parties have until  to December 22,
   2021, to file their responses to the motions for summary judgment, and until January 14, 2022,
13 to file their replies in support of the motions for summary judgment.
14
15 _____
   U.S. District Judge Jennifer A. Dorsey
16 Dated: December 2, 2021

2

STIPULATION TO EXTEND BRIEFING DEADLINES          CASE NO. 2:20-CV-01287-JAD-NJK