Richard G. McCracken, SBN 7248
Kristin L. Martin, SBN 7807
Luke Dowling (*Admitted Pro Hac Vice*)
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
1630 S. Commerce St., Suite A-1
Las Vegas, NV 89102
Tel:  (702)386-5107
Fax:  (702)386-9848
E-mail:  rmccracken@msh.law
         klm@msh.law
         ldowling@msh.law

*Attorneys for Defendant*
*UNITE HERE Bartenders Local 165*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TRACEY LALL, an individual,<br><br>            Plaintiff<br><br>      v.<br><br>CORNER INVESTMENT CO. dba THE CROWELL HOTEL AND CASINO, et al.,<br><br>            Defendants | Case No. 2:20-cv-01287-CDS-NJK<br><br>**STIPULATION TO RESET HEARING DATE**<br><br>(Second Request) |

    Plaintiff TRACEY LALL, Defendant CORNER INVESTMENT CO. dba THE CROMWELL HOTEL AND CASINO, and Defendant UNITE HERE BARTENDERS UNION, LOCAL NO. 165, by and through their respective counsel of record, hereby submit this Second Stipulation to Reset the Hearing Date as follows:

    1.    On February 9, 2023, the Court ordered the hearing in this matter to be set for Wednesday, March 15, 2023 at 11:00 a.m. [ECF No. 112].

    2.    On February 15, 2023, the parties stipulated to reschedule the hearing because of

a scheduling conflict. [ECF No. 113]

3. On February 22, 2023, the Court ordered that the hearing be reset for Tuesday, March 7, 2023 at 11 a.m. [ECF No. 114]

4. Luke N. Dowling, Esq., counsel for Defendant UNITE HERE Bartenders Union, Local No. 165, has the second day of a two-day arbitration in Irvine, California scheduled on Tuesday, March 7, 2023, which cannot be moved without incurring a substantial cancellation fee. As such, he is unavailable to attend the hearing on Tuesday, March 7, 2023.

WHEREFORE, the Parties request that the hearing, currently scheduled for Tuesday, March 7, 2023, be rescheduled. Parties' counsel have conferred and all are available March 10, March 17, and March 20.

**IT IS SO STIPULATED.**

Dated: February 22, 2023

By: _____
Luke Dowling (*Admitted Pro Hac Vice*)
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
1630 S. Commerce St., Suite A-1
Las Vegas, NV 89102
Tel: (702)386-5107
Fax: (702)386-9848
ldowling@msh.law

*Attorneys for Defendant UNITE HERE Bartenders Local 165*

Dated: February 22, 2023

By: *s/Michael J. McAvoyamaya*
Michael J. McAvoyamaya
Nevada Bar No.: 014082
1100 East Bridger Ave.
Las Vegas, Nevada 89101
Telephone: (702) 299-5083

*Attorney for Plaintiff TRACY LALL*

(*signatures continued on next page*)

Dated: February 22, 2023

By: *s/Diana Lerma*
DIANA LERMA, (*Admitted Pro Hac Vice*)
JOHN BENEDICT
2190 E. Pebble Rd. Suite 260
Las Vegas, NV 89123
Telephone: (702) 333-3770

*Attorneys for Defendants CORNER INVESTMENTS CO dba THE CROMWELL HOTEL AND CASINO, CAESARS ENTERTAINMENT, INC, AND CAESARS GROWTH CROMWELL*

Due to a scheduling conflict, the hearing on the motions for summary judgment (ECF Nos. 72, 73, and 77) is rescheduled to March 10, 2023, at 10:00 a.m. in Courtroom 6B.

**IT IS SO ORDERED.**

HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED: February 23, 2023