Richard G. McCracken, SBN 7248
Kristin L. Martin, SBN 7807
Luke Dowling (*Admitted Pro Hac Vice*)
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
Las Vegas, NV 89102
Tel:  (702)386-5107
Fax:  (702)386-9848
E-mail:  rmccracken@msh.law
          klm@msh.law
          ldowling@msh.law

*Attorneys for Defendant*
*UNITE HERE Bartenders Local 165*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY LALL, an individual,<br><br>Plaintiff<br><br>v.<br><br>CORNER INVESTMENT CO. dba THE CROWELL HOTEL AND CASINO, et al.,<br><br>Defendants | Case No. 2:20-cv-01287-~~JAD~~-NJK  [CDS]<br><br>**ORDER GRANTING STIPULATION TO RESET HEARING DATE**<br><br>(First Request)<br><br>**[ECF No. 151]** |

Plaintiff TRACY LALL, Defendant CORNER INVESTMENT CO. dba THE CROMWELL HOTEL AND CASINO, and Defendant UNITE HERE BARTENDERS UNION, LOCAL NO. 165, by and through their respective counsel of record, hereby submit this First Stipulation to Reset the Hearing Date as follows:

1.  On August 25, 2023, the Court ordered a hearing in this matter to be set for Friday, September 15, 2023 at 10:30 a.m. [ECF No. 150].
2.  Luke N. Dowling, Esq., counsel for Defendant UNITE HERE Bartenders Union, Local No. 165, had preexisting plans to be in Pittsburgh, Pennsylvania for a

wedding beginning that day.

3. John Benedict, Esq., counsel for The Cromwell, also has a conflict on that day.

WHEREFORE, the Parties request that the hearing, currently scheduled for Friday, September 15, 2023, be rescheduled. Parties' counsel have conferred and all are available September 7 and 8, 2023.

**IT SO STIPULATED.**

DATED this 29th day of August, 2023

By: */s/Luke Dowling*
    Luke Dowling (*Admitted Pro Hac Vice*)
    McCRACKEN, STEMERMAN &
    HOLSBERRY, LLP
    1630 S. Commerce St., Suite A-1
    Las Vegas, NV 89102
    Tel: (702)386-5107
    Fax: (702)386-9848
    ldowling@msh.law
    *Attorneys for Defendant UNITE HERE Bartenders Local 165*

DATED this 29th day of August, 2023

By: *s/Michael J. McAvoyamaya*
    Michael J. McAvoyamaya
    Nevada Bar No.: 014082
    1100 East Bridger Ave.
    Las Vegas, Nevada 89101
    Telephone: (702) 299-5083
    *Attorney for Plaintiff TRACY LALL*

DATED this 29th day of August, 2023

By: *s/Diana Lerma*
    DIANA LERMA, (*Admitted Pro Hac Vice*)
    JOHN BENEDICT
    2190 E. Pebble Rd. Suite 260
    Las Vegas, NV 89123
    Telephone: (702) 333-3770
    *Attorneys for Defendants CORNER INVESTMENTS CO dba THE CROMWELL HOTEL AND CASINO, CAESARS ENTERTAINMENT, INC, AND CAESARS GROWTH CROMWELL*

**IT IS ORDERED** that the September 15, 2023, motions hearing is vacated and reset on **September 7, 2023, at 1:00 p.m.** in LV Courtroom 6B.

DATED: August 29, 2023

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE